Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for Plaintiff* JPMorgan Chase Bank, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>G2 VENTURES LLC, a Nevada limited liability company; ARBUCKLE DRIVE HOMEOWNERS ASSOCIATION, INC., a Nevada non-profit corporation; PATRICIA K. PURCELL; and LEONARD D. PURCELL,<br><br>Defendants. | Case No. 2:17-cv-01576<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT G2 VENTURES, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

Plaintiff JPMorgan Chase Bank, N.A.'s ("Chase") response to defendant G2 Ventures, LLC's ("G2") Motion to Dismiss Plaintiff's Complaint (the "Motion") (ECF No. 10, filed June 28, 2017) is currently due on July 12, 2017. Chase and G2 hereby stipulate and agree that Chase shall have up to and including July 26, 2017 to respond to the Motion, to accommodate the schedules of counsel.

[*Remainder of Page Intentionally Left Blank*]

DMWEST #16755251 v1

This request is made in good faith and not for the purposes of delay.

Dated: June 28, 2017.

| Ballard Spahr LLP | The Wright Law Group P.C. |
|---|---|
| By: /s/ Justin A. Shiroff<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Justin A. Shiroff<br>Nevada Bar No. 12869<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 | By: /s/ John Henry Wright<br>John Henry Wright<br>Nevada Bar No. 6182<br>2340 Paseo Del Prado, Suite D-305<br>Las Vegas, Nevada 89102 |
| *Attorneys for Plaintiff JPMorgan Chase Bank, N.A.* | *Attorney for Defendant G2 Ventures, LLC* |

## ORDER

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 1st day of July, 2017.

2