*(left vertical margin text)* GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

1  Matthew L. Grode, Esq.
   Nevada State Bar # 6326
2  Timothy P. Elson, Esq.
   Nevada State Bar # 11559
3  **GIBBS GIDEN LOCHER TURNER**
   **SENET & WITTBRODT LLP**
4  1140 N. Town Center Drive, Suite 300
   Las Vegas, Nevada  89144-0596
5  (702) 836-9800

6  Attorneys for Defendant
   ARBUCKLE DRIVE HOMEOWNERS
7  ASSOCIATION, INC.

8              **IN THE UNITED STATES DISTRICT COURT**

9                      **DISTRICT OF NEVADA**

10

11  JP MORGAN CHASE BANK, N.A.,            Case No.:    2:17-CV-01576-RFB-JNK

12              Plaintiff,                 **MOTION FOR COST BOND**
        v.
13
    G2 VENTURES LLC, a Nevada limited
14  liability company; ARBUCKLE DRIVE
    HOMEOWNERS ASSOCIATION, INC., a
15  Nevada non-profit corporation; PATRICIA
    K. PURCELL; and LEONARD D.
16  PURCELL,

17              Defendants.

18

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    Defendant ARBUCKLE DRIVE HOMEOWNERS ASSOCIATION, INC.

2  ("Arbuckle Drive HOA"), by and through counsel of record, the law offices of Gibbs,

3  Giden, Locher, Turner, Senet & Wittbrodt, LLP ("GGLTSW"), hereby submits this

4  Motion for Plaintiff JPMORGAN CHASE BANK, N.A., to post security for the costs

5  and charges which may be awarded against JPMORGAN CHASE BANK, N.A. in

6  this action in the amount of $500.00, pursuant to NRS 18.130 and other Nevada law.

7

8  DATED:  July 11, 2017          GIBBS GIDEN LOCHER TURNER
                                   SENET & WITTBRODT LLP
9

10

11                                 By:___/s/ Timothy P. Elson_____
                                      Timothy P. Elson, Esq.
12                                    Nevada State Bar # 11559
                                      1140 N. Town Center Drive, Suite 300
13                                    Las Vegas, Nevada 89144
                                      Attorneys for Defendant
14                                    ARBUCKLE DRIVE HOMEOWNERS
                                      ASSOCIATION. INC.
15

16

17

18

19

20

21    GRANTED.  Plaintiff shall post
      security for costs within 7 days.
22    IT IS SO ORDERED.
      Dated:  July 17, 2017
23

24

25    _____
      United States Magistrate Judge
26

27

28

1916963.1