Matthew L. Grode, Esq.
Nevada State Bar # 6326
Timothy P. Elson, Esq.
Nevada State Bar # 11559
**GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP**
1140 N. Town Center Drive, Suite 300
Las Vegas, Nevada 89144-0596
(702) 836-9800

Attorneys for Defendant
ARBUCKLE DRIVE HOMEOWNERS ASSOCIATION, INC.

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A.,<br><br>    Plaintiff,<br>v.<br><br>G2 VENTURES LLC, a Nevada limited liability company; ARBUCKLE DRIVE HOMEOWNERS ASSOCIATION, INC., a Nevada non-profit corporation; PATRICIA K. PURCELL; and LEONARD D. PURCELL,<br><br>    Defendants. | Case No.: 2:17-CV-01576-RFB-JNK<br><br>**SUBSTITUTION OF COUNSEL** |

ARBUCKLE DRIVE HOMEOWNERS ASSOCIATION, INC., hereby substitutes the law firm of PENGILLY LAW FIRM and James W. Pengilly, Esq., in the place and stead of Timothy P. Elson, Esq. and of the law firm of GIBBS, GIDEN, LOCHER, TURNER, SENET & WITTBRODT, LLP, as their counsel of record.

DATED: February 8, 2018    ARBUCKLE DRIVE HOMEOWNERS ASSOCIATION, INC.

By: _/s/ [signature]_

The law firm of GIBBS, GIDEN, LOCHER, TURNER, SENET & WITTBRODT, LLP and Timothy P. Elson, Esq., hereby consents to the substitution of the law office of PENGILLY LAW FIRM as attorneys of record for ARBUCKLE DRIVE HOMEOWNERS ASSOCIATION, INC. in its place and stead.

DATED: February 8, 2018  GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

By: _____
Timothy P. Elson, Esq.
Nevada State Bar # 11559
1140 N. Town Center Drive, Suite 300
Las Vegas, Nevada 89144-0596
Attorneys for Defendant
ARBUCKLE DRIVE HOMEOWNERS
ASSOCIATION. INC.

The law firm of PENGILLY LAW FIRM hereby accepts the substitution as counsel of record for ARBUCKLE DRIVE HOMEOWNERS ASSOCIATION, INC. in its place and stead of GIBBS, GIDEN, LOCHER, TURNER, SENET & WITTBRODT, LLP.

DATED: February 8, 2018  PENGILLY LAW FIRM   #8551

By: _____ for James Pengilly
James W. Pengilly, Esq.
Nevada State Bar # 6085
1995 Village Center Circle, #190
Las Vegas, Nevada 89134
Attorneys for Defendant
ARBUCKLE DRIVE HOMEOWNERS
ASSOCIATION. INC.

**ORDER**

DATED: February 14, 2018  By: _____
United States Magistrate Judge

2007948.1

2