Abran E. Vigil
Nevada Bar No. 7548
Stacy H. Rubin
Nevada Bar No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
rubins@ballardspahr.com

Attorneys for JPMorgan Chase Bank, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> G2 VENTURES LLC, a Nevada limited liability company; ARBUCKLE DRIVE HOMEOWNERS ASSOCIATION, INC., a Nevada non-profit corporation; PATRICIA K. PURCELL; and LEONARD D. PURCELL, <br><br> Defendants. | Case No. 2:17-cv-01576-RFB-NJK <br><br> **STIPULATION AND ORDER TO STAY ENTIRE CASE PENDING SETTLEMENT** <br><br> (First Request) |

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff JPMorgan Chase Bank, N.A. ("Chase"), Defendant G2 Ventures LLC ("G2"), and Defendant Arbuckle Drive Homeowners Association ("Arbuckle") (collectively, the "Parties"), through their respective attorneys, stipulate as follows:

1. On or about January 12, 2018, the Court entered an order extending the discovery deadlines, setting the deadline to complete discovery for February 27, 2018, dispositive motions for March 28, 2018, and the deadline to file the joint pre-trial order for April 26, 2018 (ECF No. 57).

2. The Parties are in the process of finalizing settlement.

///

DMWEST #17569654 v1

3. Given the anticipated resolution and to avoid wasting resources and incurring potentially unnecessary expense associated with dispositive motions and continued litigation, the Parties agree, and hereby request, a stay of the case to give each side sufficient time and resources to finalize settlement.

4. The Parties anticipate that it may take approximately 90 days to finalize settlement and the settlement agreement, perform the material terms under the settlement agreement, and be in a position to dismiss this matter.

5. The Parties make this stipulation in good faith and not for purposes of delay.

Dated: March 22, 2018.

| BALLARD SPAHR LLP | PENGILLY LAW FIRM |
|---|---|
| By: /s/ Stacy H. Rubin<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Stacy H. Rubin<br>Nevada Bar No. 9298<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Elizabeth Lowell<br>James W. Pengilly<br>Nevada Bar No. 6085<br>Elizabeth Lowell<br>Nevada Bar No. 8551<br>1995 Village Center Circle, Suite 190<br>Las Vegas, Nevada 89134 |
| *Attorneys for JPMorgan Chase Bank, N.A.* | *Attorneys for Defendant Arbuckle Drive Homeowners Association, Inc.* |

THE WRIGHT LAW GROUP, P.C.

By: /s/ Christopher B. Phillips
    John Henry Wright
    Nevada Bar No. 6182
    Christopher B. Phillips
    Nevada Bar No. 14600
    2340 Paseo Del Prado, Suite D-305
    Las Vegas, Nevada 89102

*Attorneys for Defendant G2 Ventures LLC*

**IT IS SO ORDERED**:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: March 23, 2018

2

DMWEST #17569654 v1